CITY OF NEW LONDON *v.* FOSS AND BOURKE, INC.

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 275 (AC 23707), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's determination that the assembled economic unit doctrine was not applicable to the determination of the value of the property taken by eminent domain?"

The Supreme Court docket number is SC 17308.

*C. George Kanabis,* in support of the petition.

*Edward B. O'Connell* and *David P. Condon,* in opposition.

Decided November 10, 2004

STATE OF CONNECTICUT *v.* RONALD F. STRANO

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 212 (AC 23929), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Moira L. Buckley,* special public defender, in support of the petition.

*Denise B. Smoker,* assistant state's attorney, in opposition.

Decided November 10, 2004

STATE OF CONNECTICUT *v.* ANTHONY CARIGNAN

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 187 (AC 24133), is denied.